

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 4:20-MJ-_588_ |
| MICHAEL A. MANKIN | |

CRIMINAL COMPLAINT

I, the undersigned Affiant, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**Alleged Offense:**

On Tuesday September 8, 2020, in the Fort Worth Division of the Northern District of Texas, defendant **Michael A. Mankin** did intentionally and knowingly by force, violence and intimidation attempt to take from the person and presence of L.B., money belonging to and in the care, custody, control, management and possession of a bank, that is, the Spirit of Texas Bank located at 1120 Summit Ave., Fort Worth, Texas, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of 18 U.S.C. § 2113(a).

**Probable Cause:**

I, Paul W. Poston (Affiant), further state that I am a Special Agent with the Federal Bureau of Investigation (FBI) and I am currently assigned to the FBI resident agency in Fort Worth, Texas. I have been employed as a Special Agent since September 4, 2020, and was requested to assist to investigate the below violation of 18 U.S.C. § 2113, relating to Bank Robbery. The information contained in this complaint comes from my personal observations, my training and experience, and information obtained from other officers, agents, and witnesses. The facts contained in this complaint are intended to show merely that there is sufficient probable cause for the requested complaint and do not set forth all of my knowledge about this matter. This complaint is based upon the following facts:

1. On Tuesday September 8, 2020, at approximately 12:22 p.m., a white male, later identified as **Michael A. Mankin**, entered the Spirit of Texas Bank located at 1120 Summit Ave., Fort Worth, Texas, a bank, the deposits of which were insured by Federal Deposit Insurance Corporation. **Mankin** pulled a note from his right front pocket and told teller L.B. "I want all the large bills and twenties!" L.B. was confused causing **Mankin** to repeat his demand "I want all the large bills and twenties, do not hit the alarm!" L.B. told him that she did not have any money. **Mankin** responded "Oh come on give me your money!" L.B. again told him that she did not have any money and showed him her empty drawer. The teller was terrified that **Mankin** would harm her because she did not have any money to give him. **Mankin** said "Oh come on!" then walked out of the bank. L.B. hit her panic button to notify the police.

2. At approximately 3:00 p.m., Affiant was notified by Fort Worth police that **Michael A. Mankin** had turned himself in at the U.S. Courthouse, 501 W. 10th Street, Fort Worth, Texas. Agents and Task Force Officers responded to the courthouse and found **Mankin** in the U.S. Marshal's Office. Affiant along with Task Force Officer Weldon Thompson, interviewed **Mankin**. After waiving his rights, **Mankin** confessed to attempting to rob the Spirit of Texas Bank at 1120 Summit Ave.

3. A note with the writing "Money in Pong, 10 – 20 no alarm, Be Quite and no problem" was found in **Mankin's** belongings.

As such, based upon the aforementioned facts, I believe there is probable cause to believe that **Michael A. Mankin** committed the offense of attempted bank robbery on September 8, 2020, in violation of 18 U.S.C. § 2113(a).

Special Agent Paul Poston
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence, this 9th day of September, 2020, at 11:30 a.m./p.m., in Fort Worth, Texas.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

Complaint - Page 2 of 2